No. 11-5882. Theodore Wells, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 7009.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5884. Marcio Alfonso Ares-Garcia, aka Marco Alfonso Ares-Garcia, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 6853.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 707.

No. 11-5888. Jaime Lujan-Alcala, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 6880.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 602.

No. 11-5889. Jay Kent, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 7081.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 649 F.3d 906.

No. 11-5890. Brian S. Kudalis, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 7054.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 429 Fed. Appx. 165.

No. 11-5893. Kevin L. Walker, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 6788.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 277.

No. 11-5899. Edgar Guitterez-Gonzalez, Petitioner v. United States.

565 U.S. 924, 132 S. Ct. 355, 181 L. Ed. 2d 224, 2011 U.S. LEXIS 6795.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 853.